[No. 23360-6-II. Division Two. October 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. CHARLTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00745-1, Leonard W. Costello and Jay B. Roof, JJ., entered June 1, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Hunt, JJ.

[No. 23611-7-II. Division Two. October 29, 1999.]

WESLEY COFFEL, *Respondent*, v. KATHEY MAYE HAWSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-11645-4, Thomas P. Larkin, J., entered July 2, 1998. *Reversed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Houghton, JJ.

[No. 23682-6-II. Division Two. October 29, 1999.]

MOLLY L. LEWIS, *Appellant*, v. TCI CABLE CABLEVISION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-06626-9, Bruce W. Cohoe, J., entered July 24, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 23692-3-II. Division Two. October 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN JAMES BALL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00302-7, David R. Draper, J., entered August 7, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Hunt, JJ.